Certified Mail™#: ___7016 0600 0001 2067 8336___

> Please file-stamp & return one of two copies provided in enclosed self-addressed, postage-paid envelope.

From:
Mrs. Tamah Jada Clark
6901-A N. 9th Avenue
Pensacola, Fla [32504]

To:
Clerk of Court
Arnow Federal Building
100 North Palafox St.
Pensacola, Florida 32502

# IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

### Wednesday, July 13, 2016

Tamah Jada Clark,
       Plaintiff

-Vs-

3:16cv366-RV-CJK

Thomas V. Dannheisser (personal capacity),
       Defendant

## Action in Tort at Common Law for

### Conversion, Negligence, Deceit, and Defamation

(Pursuant authority granted under Article III, Section 2)

-AND-

## Motion to Proceed Absent Statutory Filing Fees

------------------------------------------------------------

1 of 4

FILED 0708'16UsDcFln3PM0133

COMES NOW, Tamah Jada Clark, a private natural person, in *propia persona*, as a Citizen of Georgia, to prosecute a suit at Common Law against a Citizen of the State of Florida.

## STATEMENT OF JURISDICTION

- This dispute is between Citizens of different States.
- This suit is filed in Diversity, pursuant Article III, Section 2.

## DECLARATION/FACTS

On Tuesday, July 12, 2016, Thomas V. Dannheisser willfully converted my non-negotiable instrument in the form of a lien against real property, to his own use and possession by exercising dominion over the same in a manner inconsistent with my right to possession and exercise thereof.

By negligently acting outside of his lawful authority as a judge owing me a certain legal duty of care at Law, he has taken possession and ownership from me and given it to another, absent Lawful authority to do so.

Though I was in possession of my instrument prior to the Defendant's wrongful taking, I have now incurred a loss valued at $150,000 plus interest (as indicated on the face of said instrument), which was its value at the time it was taken.

The Defendant deceitfully made a false representation as to material fact, with knowledge of its falsity, recklessly, and carelessly, in his claim to have Lawful authority to act upon my person and property, contained in an invalid Order dated July 12, 2016.

It was his duty, as a judge, to know that the representations made in the said Order were not true. He was given advance written Notice of the falsity of the material facts upon which he relied and his lack of Lawful authority to act upon my person and property, several weeks prior to issuing the Order.

At the time the deceitful Order was given me commanding that I relinquish possession of my instrument, I was ignorant of the truth of the matter and relied upon the Defendant's representation, as a judge presumed to be honorable. Said Order was fraudulently issued with the intent that I should act upon it, by willfully relinquishing ownership of the instrument and agreeing to alienate all legal right associated therewith.

The Defendant has falsely and maliciously written, then published the defamatory Order in the Escambia County Public Records, claiming to divest me of ownership of my instrument, while falsely accusing me of fraud. Though of impeccable character, said defamation imputes vicious principles and exposes me to disgrace and ridicule, as well as tends to alter my social position for the worse, as it is a damage to my reputation in the opinion of others, as well as imputes unfitness in my profession.

Furthermore, Defendant's libelous and defamatory charges against me, if true, could have subjected me to indictment for moral turpitude.

### **PRAYER FOR RELIEF**

Thus, for redress of the aforementioned violations and other wrongs, contra pacem, the said Plaintiff does hereby pray relief be granted by a competent and *proper* Jury in the form of payment of the full amount of the value of the instrument unlawfully converted at the time of its conversion, as indicated on its face; as well as any further award the Jury sees fit to grant for special, general, or other damages determined to result from the remaining tortious acts of Defendant.

## MOTION TO PROCEED ABSENT STATUTORY FILING FEE

WHEREAS the present Suit is made in this Court of (inherent) constitutionally recognized and protected Right, under the provisions of Article III, Section 2, I hereby request leave to proceed with the present Suit in this Honorable Court, without the unlawful imposition of statutory filing fees.

Very Respectfully,

*[signature: Tamah Jada Clark]*

Mrs. Tamah Jada Clark
6901-A N. 9th Avenue
Pensacola, Fla [32504]
TamahJClark@gmail.com

CC:

Thomas V. Dannheisser
M.C. Blanchard Judicial Building, 6th Floor
190 Governmental Center
Pensacola, FL 32502

Certified Mail™#: 7016 0600 0001 2067 8329


Escambia County Circuit Court
Attention: Clerk's Office
190 W Government St.
Pensacola, FL 32502
Case #: 2016-CA-0375

Certified Mail™#: 7016 0600 0001 2067 8282


Florida Supreme Court
Attention: Clerk's Office
500 South Duval Street
Tallahassee, Florida 32399-1927
Case #:_____

Certified Mail™#: 7016 0600 0001 2067 8312


Thelbert David Morgan
2012 Copley Drive
Pensacola, Florida 32503

Certified Mail™#: 7016 0600 0001 2067 8299


Kayla Rady, Esq.
Jolly, Peterson & Truckenbrod, P.A.
2145 Delta Blvd., Ste. 200
Tallahassee, FL, 32303

Certified Mail™#: 7016 0600 0001 2067 8305



Mrs. Tamah Jada Clark
6901-A N. 9th Ave. #429
Pensacola, Florida [32504]
United States of America



CERTIFIED MAIL

7016 0600 0001 2067 8336

Clerk of Court
Arnow Federal Building
100 North Palafox St.
Pensacola, Florida 32502

3250234839 C003