UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAMAH JADA CLARK,

    Plaintiff,

v.                                    Case No.  3:16cv366/RV/CJK

THOMAS V. DANNHEISSER,

    Defendant.
_____/

REPORT AND RECOMMENDATION

This civil action, described by the *pro se* plaintiff as an "Action in Tort at Common Law for Conversion, Negligence, Deceit, and Defamation" (doc. 1), is before the court upon referral from the clerk.  On July 20, 2016, the court ordered plaintiff to submit, within thirty days, either payment in the amount of $400.00 for the filing and administrative fees, or a complete application to proceed *in forma pauperis* on the court form (doc. 3).  Plaintiff was warned that failure to comply with the order would result in dismissal of this case.  Plaintiff filed a response (doc. 4) titled "Notice of Fraud, Denied Access to U.S. courts in Violation of Article III, Section 2; Invalidity of Magistrate Kahn Jr.'s 'Order'; and Change of Venue", in which she challenged the court's jurisdiction over this case, asserted that the July

20, 2016 order was invalid, claimed to "dismiss" the undersigned, and expressed her intention not to comply with the July 20, 2016 order.

On August 26, 2016, the court gave plaintiff another opportunity to comply with the July 20, 2016 order by notifying her that this case would be dismissed in fourteen (14) days unless she submitted, within that time, either payment in the amount of $400.00 or a complete application to proceed *in forma pauperis* on the court form.  (Doc. 5).  To date, plaintiff has not submitted the requisite fee or application to proceed *in forma pauperis*.

Accordingly, it is respectfully RECOMMENDED:

 1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 16th day of September, 2016.


*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only,

*Case No. 3:16cv366/RV/CJK*

<u>and does not control</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.