UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAMAH JADA CLARK,

    Plaintiff,

v.                                       Case No. 3:16cv366/RV/CJK

THOMAS V. DANNHEISSER,

    Defendant.
_____/

## ORDER

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 16, 2016 (doc. 6), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely-filed objections to the Report and Recommendation, the Report and Recommendation is adopted as the opinion of the court.

    Accordingly, it is ORDERED:

    1. The Magistrate Judge's Report and Recommendation (doc. 6) is adopted and incorporated by reference in this Order.

    2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

3.  The clerk is directed to close the file.

DONE AND ORDERED this 19th day of October, 2016.

                /s/ *Roger Vinson*
              **ROGER VINSON**
              **SENIOR UNITED STATES DISTRICT JUDGE**